# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BERNSTEIN, STUART M. | U.S. Bankruptcy Court | 05/9/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Bankruptcy Court
One Bowling Green
New York, New York 10004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | ▨ |
| 2. | Trustee | Trust # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | ▒▒▒▒▒▒▒ Pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American Bankruptcy Institute | 2/4-6/2016 | San Juan, P.R. | Participation in conference - "2016 Caribbean Insolvency Symposium" | Meals, lodging & transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/9/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/9/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  401K Plan | | | | | | | | | |
| 2.  -- Vanguard Prime Money Market Instl (401k) | A | Dividend | N | T | | | | | |
| 3.  -- T. Rowe Price Personal Strat Balanced (401k) | D | Dividend | N | T | | | | | |
| 4.  JP Morgan Chase Bank Accounts | A | Interest | N | T | | | | | |
| 5.  Citibank Accounts | A | Interest | P1 | T | | | | | |
| 6.  Citibank Account | A | Interest | N | T | | | | | |
| 7.  Citibank Account | A | Interest | M | T | | | | | |
| 8.  Keogh (Target) Plan--Plan I | E | Int./Div. | O | T | Distributed (part) | 12/31/16 | K | | |
| 9.  Phoenix Life Insurance (Whole Life) | B | Dividend | K | T | | | | | |
| 10.  Defined Benefit Trust--Qualified Plan II | | None | | | Distributed (part) | 12/31/16 | M | | |
| 11.  Non-Deductible Contribution Plan III (Capital "C" Account) | | None | M | T | Distributed (part) | 12/31/16 | N | | |
| 12.  Capital "A" Account | | None | O | T | Distributed (part) | 02/01/16 | M | | |
| 13.  Schwab US Treasury Money Fund ▨ | A | Interest | O | T | | | | | |
| 14.  PIMCO Foreign Bond (Hedged)-D ▨ | D | Dividend | N | T | Buy (add'l) | 03/04/16 | M | | |
| 15. | | | | | Sold (part) | 11/16/16 | M | | |
| 16.  Metropolitan West Total Return Bond Fund ▨ | D | Dividend | | | Sold (part) | 11/10/16 | M | C | |
| 17. | | | | | Sold | 12/15/16 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/9/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ivy Municipal High Income Fund | E | Dividend | | | Sold (part) | 11/14/16 | M | D | |
| 19. | | | | | Sold (part) | 11/18/16 | M | | |
| 20. | | | | | Sold | 11/28/16 | M | | |
| 21. T. Rowe Price Capital Appreciation | D | Dividend | N | T | Buy (add'l) | 05/27/16 | M | | |
| 22. | | | | | Sold (part) | 11/02/16 | M | E | |
| 23. FPA Crescent | | None | | | Sold | 02/16/16 | M | | |
| 24. American Century Equity Income Fund | E | Dividend | N | T | Buy (add'l) | 06/09/16 | M | | |
| 25. Voya Corporate Leaders 100 Fund Class A | | None | | | Sold (part) | 01/13/16 | M | | |
| 26. | | | | | Sold | 01/20/16 | M | | |
| 27. AQR Managed Funds Strategy Fund CL N | | None | | | Sold | 04/27/16 | M | | |
| 28. Invesco Diversified Dividend - A | D | Dividend | N | T | Buy | 03/31/16 | M | | |
| 29. | | | | | Buy (add'l) | 05/11/16 | M | | |
| 30. Permanent Portfolio | B | Dividend | M | T | Buy | 03/18/16 | M | | |
| 31. Vanguard Div Appreciation | B | Dividend | N | T | Buy | 11/29/16 | M | | |
| 32. | | | | | Buy (add'l) | 12/12/16 | M | | |
| 33. iShares Russell 2000 Index | | None | M | T | Buy | 12/30/16 | M | | |
| 34. Black Rock Floating Rate Income Inv A | D | Dividend | N | T | Buy | 04/28/16 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/9/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/14/16 | M | | |
| 36. Lord Abbett Floating Rate Fund C1 A | A | Dividend | M | T | Buy | 12/19/16 | M | | |
| 37. Black Rock High Yield Bond | E | Dividend | N | T | Buy | 03/28/16 | M | | |
| 38. | | | | | Buy (add'l) | 04/20/16 | M | | |
| 39. T. Rowe Price Capital Appreciation | D | Dividend | N | T | Buy (add'l) | 04/29/16 | L | | |
| 40. SPDR Sector-Industrials | C | Dividend | M | T | Buy | 04/18/16 | M | | |
| 41. | | | | | Buy (add'l) | 07/19/16 | M | | |
| 42. Schwab Government Money Fund | A | Interest | M | T | | | | | |
| 43. Rydex Consumer Products | | None | | | Sold (part) | 01/21/16 | L | | |
| 44. | | | | | Sold (part) | 09/29/16 | M | D | |
| 45. | | | | | Sold | 11/10/16 | M | D | |
| 46. Fidelity Puritan | D | Dividend | M | T | Buy (add'l) | 11/14/16 | M | | |
| 47. | | | | | Sold (part) | 02/19/16 | M | | |
| 48. SPDR Sector-Technology | | None | | | Sold (part) | 01/06/16 | M | | |
| 49. | | | | | Sold | 01/11/16 | M | | |
| 50. SPDR Trust S&P 500 Index | B | Dividend | N | T | Sold (part) | 01/07/16 | L | | |
| 51. | | | | | Sold (part) | 01/15/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/9/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 01/19/16 | M | | |
| 53. | | | | | Buy | 11/22/16 | M | | |
| 54. American Century Equity Income | E | Dividend | M | T | Buy | 03/23/16 | M | | |
| 55. | | | | | Buy (add'l) | 03/30/16 | M | | |
| 56. | | | | | Buy (add'l) | 05/18/16 | M | | |
| 57. | | | | | Sold (part) | 11/02/16 | M | D | |
| 58. Rydex Series Trust S&P 500 Fund Class H | B | Dividend | M | T | Buy | 07/19/16 | M | | |
| 59. | | | | | Buy (add'l) | 07/27/16 | M | | |
| 60. Tortoise MLP & Pipeline Fund | A | Dividend | M | T | Buy | 06/09/16 | M | | |
| 61. Guggenheim S&P 500 Pure Value | C | Dividend | M | T | Buy | 03/17/16 | M | | |
| 62. | | | | | Buy (add'l) | 04/22/16 | M | | |
| 63. | | | | | Sold (part) | 06/27/16 | L | | |
| 64. SPDR Select Sector-Consumer Discretionary | A | Dividend | M | T | Buy | 11/29/16 | M | | |
| 65. iShares Core S&P Small-cAP | A | Dividend | M | T | Buy | 12/20/16 | M | | |
| 66. iShares Russell 2000 Index | A | Dividend | M | T | Buy | 11/16/16 | M | | |
| 67. | | | | | Buy (add'l) | 12/13/16 | M | | |
| 68. iShares U.S. Telecommunications ETF | B | Dividend | | | Buy | 03/09/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/9/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 08/19/16 | M | D | |
| 70. Deutsche Global Infrastructure Fund Cl S | A | Dividend | | | Buy | 07/21/16 | M | | |
| 71. | | | | | Sold | 11/10/16 | M | | |
| 72. BlackRock Health Sciences Opportunities | | None | | | Buy | 08/04/16 | M | | |
| 73. | | | | | Sold | 10/31/16 | M | | |
| 74. American Century Equity Income Fund (IRA-▨) | C | Dividend | K | T | Sold | 01/20/16 | J | | |
| 75. | | | | | Buy | 05/27/16 | J | | |
| 76. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 77. Schwab U.S. Treasury Money Funds (IRA-▨) | A | Interest | K | T | | | | | |
| 78. Metropolitan West Total Return Bond Fund (IRA-▨) | A | Dividend | | | Sold (part) | 11/10/16 | J | A | |
| 79. | | | | | Sold | 11/16/16 | J | | |
| 80. PIMCO Foreign Bond (Hedged)-D (IRA-▨) | A | Dividend | K | T | Buy (add'l) | 03/04/16 | J | | |
| 81. | | | | | Sold (part) | 11/17/16 | K | | |
| 82. T. Rowe Price Capital Appreciation (IRA-▨) | | None | | | Sold | 02/11/16 | J | | |
| 83. Rydex Consumer Products (IRA-▨) | | None | | | Buy (add'l) | 05/11/16 | J | | |
| 84. | | | | | Sold (part) | 01/13/16 | J | A | |
| 85. | | | | | Sold (part) | 09/16/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/9/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 11/16/16 | J | | |
| 87. DoubleLine Total Return Bond (IRA-___) | B | Dividend | | | Sold (part) | 11/18/16 | J | | |
| 88. | | | | | Sold (part) | 11/10/16 | J | | |
| 89. | | | | | Sold | 12/15/16 | J | | |
| 90. James Balanced Golden Rainbow Fund (IRA-___) | A | Dividend | K | T | Buy (add'l) | 03/31/16 | J | | |
| 91. | | | | | Sold (part) | 11/02/16 | J | | |
| 92. Fidelity Puritan (IRA___) | A | Dividend | K | T | Buy | 11/14/16 | K | | |
| 93. MFS Value Fund A (IRA___) | A | Dividend | K | T | Buy | 11/25/16 | J | | |
| 94. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 95. Permanent Portfolio (IRA-___) | A | Dividend | J | T | Buy | 03/07/16 | J | | |
| 96. Schwab US Small-Cap ETF (IRA-___) | | None | J | T | Buy | 12/30/16 | J | | |
| 97. Eaton Vance Income Fund of Boston (IRA___) | B | Dividend | K | T | Buy | 03/29/16 | J | | |
| 98. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 99. Lord Abbett Floating Rate Fund Cl A (IRA-___) | A | Dividend | J | T | Buy | 12/16/16 | J | | |
| 100. Voya Floating Rate Fund Cl A (IRA___) | A | Dividend | K | T | Buy | 04/28/16 | J | | |
| 101. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 102. Deutsche Global Infrastructure Fund Cl S (IRA-___) | A | Dividend | | | Buy | 06/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/03/16 | J | | |
| 104. Longboard Managed Futures Strategy Fund (IRA- | | None | | | Sold | 04/22/16 | J | | |
| 105. T. Rowe Price Capital Appreciation (IRA- | A | Dividend | K | T | Buy (add'l) | 04/29/16 | J | | |
| 106. | | | | | Sold (part) | 01/20/16 | J | | |
| 107. | | | | | Sold (part) | 11/02/16 | K | A | |
| 108. ICON Industrials Fund Class S (IRA- | | None | K | T | Buy | 04/14/16 | J | | |
| 109. Schwab Government Money Fund (IRA- | A | Interest | K | T | | | | | |
| 110. Fidelity Puritan (IRA- | A | Dividend | K | T | Sold | 01/08/16 | J | | |
| 111. | | | | | Buy | 11/14/16 | J | | |
| 112. Rydex S&P 500 Pure Growth (IRA | | None | | | Sold | 01/06/16 | J | | |
| 113. Rydex Consumer Products (IRA- | | None | | | Sold (part) | 09/12/16 | K | B | |
| 114. | | | | | Sold | 10/11/16 | J | A | |
| 115. Guggenheim S&P 500 Equal Wgt Technology (IRA- | A | Dividend | K | T | Sold (part) | 01/07/16 | J | | |
| 116. | | | | | Sold | 01/11/16 | J | | |
| 117. | | | | | Buy | 07/21/16 | J | | |
| 118. Schwab U.S. Large-Cap ETF (IRA- | | None | | | Sold | 01/15/16 | J | | |
| 119. American Century Equity Incme (IRA- | B | Dividend | K | T | Buy | 07/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BERNSTEIN, STUART M. | 05/9/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 07/27/16 | J | | |
| 121. Columbia Small Cap Index-Class A (IRA-____ | | None | J | T | Buy | 12/16/16 | J | | |
| 122. Income Fund of America-F (IRA-____ | A | Dividend | K | T | Buy | 03/23/16 | J | | |
| 123. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 124. Rydex S&P 500 Pure Value Fund (IRA-____ | A | Dividend | K | T | Buy | 03/15/16 | J | | |
| 125. | | | | | Buy (add'l) | 03/30/16 | J | | |
| 126. | | | | | Sold (part) | 06/27/16 | J | | |
| 127. ProFunds Consumer Services Ultra Sector (IRA-____ | | None | J | T | Buy | 11/25/16 | J | | |
| 128. Rydex Telecommunications (IRA-____ | A | Dividend | K | T | Buy | 03/07/16 | J | | |
| 129. Tortoise MLP & Pipeline Fund (IRA-____ | A | Dividend | K | T | Buy | 06/09/16 | J | | |
| 130. Guggenheim Equal Weight-Industrials (IRA-____ | A | Dividend | K | T | Buy | 07/19/16 | J | | |
| 131. iShares Russell 2000 Index (IRA-____ | A | Dividend | K | T | Buy | 11/16/16 | J | | |
| 132. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 133. BlackRock Health Sciences Opportunities (IRA-____ | | None | | | Buy | 08/04/16 | J | | |
| 134. | | | | | Sold | 10/28/16 | J | | |
| 135. Deutsche Global Infrastructure Fund Cl S (IRA____ | A | Dividend | | | Buy | 05/18/16 | J | | |
| 136. | | | | | Sold | 11/16/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/9/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Trust # 1 | | | | | | | | | |
| 138. - JP MorganChase Bank Account | A | Interest | J | T | | | | | |
| 139. -John Hancock Life Insurance Policy | C | Interest | M | U | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/9/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BERNSTEIN, STUART M. | 05/9/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/9/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All information and explanations relate to Part VII:

Lines 8: As a retiree, [        ] receives monthly distributions from the Keogh (Target) Plan. The aggregate amount of the monthly distributions in 2016 is listed in column "D(3)" as having been made on December 31, 2016.

Line 10: This entry relates to a Defined Benefit Trust-Qualified Plan II. Upon vesting, there will be a right to an annuity, but the present value of annuity fluctuates annually based on my and [        ] ages and the interest rate and mortality assumptions prescribed by the IRS. No contributions were made to this plan in 2016. As a retiree, [        ] receives monthly distributions from this plan. The aggregate amount of the monthly distributions in 2016 is listed in column D(3) as having been made on December 31, 2016.

Line 11: As a retiree, [        ] receives monthly distributions from her Capital "C." The aggregate amount of the monthly distributions in 2016 is listed in column "D(3)" as having been made on December 31, 2016.

Line 17: No contributions were made to the Capital "A" account in 2015.

lines 13-136: I maintain two IRA brokerage accounts and [        ] and I maintain two brokerage accounts held as tenants in common with Charles Schwab. The report identifies the security that is the subject of the reported transaction with a parenthetical reference that identifies the last four digits of the account number and whether the account is an IRA account. Where multiple purchases or sales were made during the year, the aggregate amount of the income, if any, and the value of the asset (if held at the end of the reporting period) are reported on the first line on which the asset is listed.

line 140: The John Hancock Life Insurance Policy is a Flexible Premium Survivorship Universal Life ("Second to Die") policy that [        ] and I maintain for the benefit of [        ]. I am not aware of any investment options and have never directed any investments. In addition, the value listed in column c(2) is the gross value and does not reflect the substantial "surrender charge" in the event that the policy is cancelled.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STUART M. BERNSTEIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544